# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 08/03/2020 |
| Case: 20–12591 | Form ID: 309A | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Caleb Davis          2330 SW E Avenue          Lawton, OK 73505
ust         United States Trustee          United States Trustee          215 Dean A. McGee Ave., 4th Floor          Oklahoma City, OK 73102
tr          Douglas N. Gould          5500 N. Western Ave., Ste 150          Oklahoma City, OK 73118
aty         Clay R. Hillis          Hillis Law Firm          602 SW D Avenue          Lawton, OK 73501
smg         Oklahoma Employment Security Commission          PO Box 53039          Oklahoma City, OK 73152–3039
6486896     American Express          PO Box 981537          El Paso TX 79995
6486897     Centerpoint Energy Arkla          PO Box 1700          Houston TX 77251
6486898     Citifinancial          Bankruptcy Department          PO Box 140489          Irving TX 75014–0489
6486899     Commerical Lending Resource          Andrew P Murphy Attorney at Law          3601 N. Classen Blvd No 106          Oklahoma City OK 73118
6486900     FinancePoint          Jason Kreth Attorney at Law          Corporate Tower Thirteenth Floor          101 N. Robinson          Oklahoma City OK 73102
6486901     Harley Davidson Financial          222 W Adams          Chicago IL 60606
6486902     JPMCB Card          301 N. Walnut Street, Floor 09          Wilmington DE 19801–3935

TOTAL: 12